NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH ARAGON,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3078

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090824-I-1.

---

## ON MOTION

---

## ORDER

Elizabeth Aragon moves for leave to proceed in forma pauperis.

On March 29, 2010, the court dismissed Aragon's petition for failing to (1) pay the docketing fee and (2) file a Fed. Cir. R. 15(c) statement concerning discrimination. Subsequently, Aragon submitted her 15(c) statement and a motion for leave to proceed in forma pauperis.

Accordingly,

IT IS ORDERED THAT:

(1) Aragon's motion for leave to proceed in forma pauperis is granted.

(2) The court's March 29, 2010 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Aragon's informal brief is due within 45 days of the date of this order.

FOR THE COURT

__AUG 2 4 2010__              /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk

cc:  Elizabeth Aragon (informal brief form enclosed)
     William J. Grimaldi, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK